UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 18-20968-MAM

SHIPPING & TRANSIT LLC,                                   Chapter 7 Case

      Debtor.
_____/

**EX PARTE APPLICATION FOR APPROVAL OF EMPLOYMENT OF
WARGO & FRENCH, LLP AS COUNSEL TO NICOLE TESTA MEHDIPOUR,
CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO OCTOBER 23, 2018**

NICOLE TESTA MEHDIPOUR ("Trustee"), as Chapter 7 trustee for the bankruptcy estate of Shipping & Transit LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 327 and 330, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014-1 and 9013- 1(C)(3), respectfully requests, on an *ex parte* basis, that the Court approve the employment of Michael C. Foster, Esq., Kristopher E. Aungst, Esq., and Angelo M. Castaldi, Esq. ("Counsel") of the law firm of Wargo & French, LLP (the "Firm") as counsel to the Trustee, *nunc pro tunc* to October 23, 2018, and in support thereof states as follows:

    1.    On September 6, 2018 (the "Petition Date"), the Debtor filed a petition for relief (the "Bankruptcy Case") under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

    2.    On September 6, 2018, the Trustee was appointed chapter 7 trustee in the Bankruptcy Case.

    3.    The Trustee seeks authorization from the Court to retain Counsel and the Firm to, among other things, consult with the Trustee concerning the administration of this case, to investigate the acts, conduct, assets, liabilities, and financial condition of the Debtor, and to

assist the Trustee in other legal and financial matters. Such services are necessary, and the Trustee submits that the employment of the Firm would be in the best interest of the Debtor's estate.

4. Counsel have substantial experience in cases before the Court and others, are qualified to practice in this Court, and are qualified to act as counsel for the Trustee and advise the Trustee on her relations with, and responsibilities to, the Debtor, creditors, and other parties.

5. Pursuant to the requirements of § 327(a) of the Bankruptcy Code, the Trustee respectfully submits that, based upon the *Declaration of Kristopher E. Aungst on Behalf of Wargo & French, LLP, as Proposed Counsel for Trustee* (the "Declaration"), the Firm does not hold or represent any interest adverse to the Debtor's estate, and is "disinterested" as that term is defined in § 101(14) of the Bankruptcy Code. The Declaration is attached hereto as Exhibit "A".

6. The Firm has agreed to be compensated pursuant to § 330 of the Bankruptcy Code, *nunc pro tunc* to October 23, 2018.

7. The Trustee accordingly seeks to retain the Firm to advise and represent her in this case, *nunc pro tunc* to October 23, 2018.

WHEREFORE, the Trustee respectfully requests an order substantially in the form attached hereto as Exhibit "B" (i) authorizing Trustee's employment of the Firm as Counsel pursuant to 11 U.S.C. § 327, *nunc pro tunc* to October 23, 2018, and (ii) granting any such further and other relief which this Court deems just and proper.

Dated on this 24th day of October, 2018.

                                                Respectfully submitted,

                                                */s/ Nicole Testa Mehdipour*
                                                Nicole Testa Mehdipour
                                                Chapter 7 Trustee
                                                200 E. Broward Blvd., Suite 1110
                                                Fort Lauderdale, Florida 33301
                                                (954) 858-5880
                                                www.ntmlawfirm.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 24, 2018, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by U.S. First Class mail to all parties on the attached mailing matrix.

By: /s/ *Kristopher E. Aungst, Esq.*
Kristopher E. Aungst, Esq.
Florida Bar No. 0055348
kaungst@wargofrench.com

## **SERVICE LIST**

**18-20968-MAM Notice will be electronically mailed to:**

Eric N Assouline on behalf of Assouline & Berlowe, P.A.
ena@assoulineberlowe.com, ah@assoulineberlowe.com.com

Kristopher Aungst on behalf of Trustee
kaungst@wargofrench.com, lcruz@wargofrench.com; cpatterson@wargofrench.com; FLService1@wargofrench.com

Michael Foster on behalf of Trustee
mfoster@wargofrench.com, lcruz@wargofrench.com; cpatterson@wargofrench.com; FLService1@wargofrench.com

Angelo Castaldi on behalf of Trustee
acastaldi@wargofrench.com, lcruz@wargofrench.com; FLService1@wargofrench.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com; FL80@ecfcbis.com; ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Stephen P Orchard on behalf of Debtor
sporchard@orchardlaw.com, G17905@notify.cincompass.com

**Via U.S. Mail to:**

*See attached mailing matrix.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 18-20968-MAM<br>Southern District of Florida<br>West Palm Beach<br>Wed Oct 24 09:55:06 EDT 2018 | Assouline & Berlowe, P.A.<br>c/o Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>213 E. Sheridan Street<br>Suite 3<br>Dania Beach, FL 33004-4607 | Shipping & Transit LLC<br>711 SW 24th Ave<br>Boynton Beach, FL 33435-6752 |
| 1AAuto.com<br>c/o Foley Hoag LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2698 | Assouline & Berlowe<br>3250 Mary St # 100<br>Miami, FL 33133-5232 | Bona Law, P.C.<br>4275 Executive Sq Ste 200<br>La Jolla, CA 92037-1476 |
| Cahen Law, P.A.<br>Attn: Geoffrey Michael Cahen<br>1900 Glades Rd Ste 270<br>Boca Raton, FL 33431-8549 | Comerica Bank<br>1 S Federal Hwy<br>Boca Raton, FL 33432-4804 | Dorsey & Whitney LLP<br>701 5th Ave Ste 6100<br>Seattle, WA 98104-7043 |
| Foley Hoag LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2600 | Law Offices of Jason Dollard<br>214 Brazilian Ave Ste 200<br>Palm Beach, FL 33480-4676 | Lensdiscounters.com<br>c/o Bona Law, P.C.<br>4275 Executive Sq Ste 200<br>La Jolla, CA 92037-1476 |
| Leslie Robert Evans & Assoc.<br>214 Brazilian Ave Ste 200<br>Palm Beach, FL 33480-4676 | Logistics Planning Services<br>c/o Dorsey & Whitney LLP<br>701 5th Ave Ste 6100<br>Seattle, WA 98104-7043 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Ohanian Law Firm<br>400 W 15th St Ste 1450<br>Austin, TX 78701-1612 | Shneider Rothman Intellectual Prop<br>4651 N Federal Hwy<br>Boca Raton, FL 33431-5133 | Nicole Testa Mehdipour<br>United States Bankruptcy Trustee<br>200 East Broward Blvd.<br>Suite 1110<br>Ft Lauderdale, FL 33301-3535 |
| Stephen P Orchard<br>2255 Glades Road, Suite 324A<br>Boca Raton, FL 33431-8571 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)ArrivalStar<br>30 rue de St-Jean<br>CH-1203 Geneva, Switz | (u)Melvino<br>30 rue de St-Jean<br>CH-1203 Geneva, Switz |
| (u)West African Investment Trust<br>10 Rue Mazy<br>CH 1207<br>Geneva, Switzerlan | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     4<br>Total                  22 | |