**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                    Case No. 18-20968-MAM

SHIPPING & TRANSIT LLC,                   Chapter 7 Case

    Debtor.
_____/

### DECLARATION OF KRISTOPHER E. AUNGST ON BEHALF OF
### WARGO & FRENCH, LLP, AS PROPOSED COUNSEL FOR TRUSTEE

Kristopher E. Aungst pursuant to 28 U.S.C. § 1746, does state:

    1.    I, Kristopher E. Aungst, Esq., am an attorney admitted to practice in the State of Florida and in the United States Bankruptcy Courts in the Southern District of Florida.

    2.    I am a partner at the law firm of Wargo & French, LLP (the "Firm"), which maintains an office at 201 S Biscayne Blvd, Suite 1000, Miami, FL 33131.

    3.    I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the *Ex Parte Application for Approval of Employment of Wargo & French, LLP as Counsel to Nicole Testa Mehdipour, Chapter 7 Trustee, Nunc Pro Tunc to October 23, 2018* (the "Application").

    4.    Unless other otherwise stated, this Declaration is based upon facts of which I have personal knowledge.

    5.    In preparing this Declaration, I reviewed the name of the Debtor (as defined in the Application) and the Debtor's creditors, as such names have been filed with the Court. I compared the information obtained thereby with the information from our law firm's client and adverse party conflict check system. The facts stated in this Declaration as to the relationship between lawyers in our firm and the Debtor, the Debtor's creditors, the U.S. Trustee, other

1

persons employed by the U.S. Trustee, and those persons and entities who are defined as disinterested persons in § 101(14) of the Bankruptcy Code, are based on the results of my review of our firm's conflict check system. Specifically, I caused to be conducted (i) a computer search of our firm's records in respect of all of the names referred to in this paragraph 5; and (ii) disseminated a written request for information to all of the attorneys in our firm regarding connections to the Debtor. Based upon such search, our firm does not represent any entity in a matter that would constitute a conflict of interest or impair the disinterestedness of the Firm.

6. The Firm's conflicts check system is comprised of records regularly maintained in the course of business of the firm and it is the regular practice of the Firm to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

7. Michael C. Foster, Angelo M. Castaldi, the Firm, and I represent, and have represented, the Trustee in her fiduciary capacity as trustee in various bankruptcy cases that are wholly unrelated to the instant bankruptcy case. In addition, the Firm may have represented various clients in matters that are wholly unrelated to the instant bankruptcy case, where the Trustee acted as the Chapter 7 trustee.

8. Neither I, nor the firm, hold or represent any interest adverse to the estate, and we are disinterested persons within the scope and meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

9. Neither I, nor the firm, has or will represent any other entity in connection with this case, and neither I, nor the firm, will accept any fee from any other party or parties in this case, except the Trustee, unless otherwise authorized by the Court.

10. Neither I, nor the Firm, have any connections with the Debtor, creditors, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

11. The professional fees and costs incurred by the Firm in the course of its representation of the Trustee in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331 and FRBP 20014 and 2016.

12. The current hourly rates for the attorneys at the Firm range from $250.00 to $700.00. The current hourly rate for Michael C. Foster and me is $495.00. The current hourly rates for partners who may work on this case range from $350.00 to $700.00. The current hourly rates for the associate attorneys who will work on this case range from $250.00 to $400.00. The current hourly rates for the legal assistants and paralegals at the Firm range from $75.00 to $300.00. In the normal course of business, the Firm revises its hourly rates.

13. No promises have been received by the Firm nor or any partner or associate thereof as to compensation in connection with the case other than in accordance with the provisions of the Bankruptcy Code.

14. No attorney in our firm has any other connection with the Debtor, the Debtor's creditors, United States Trustee or any employee of that office or any other parties in interest.

15. No attorney in our firm has any other interest, direct or indirect, that may be affected by the proposed representation.

16. Except as set forth herein or in the Application, no attorney in our firm has had or presently has any connection with the captioned Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the firm is to be engaged, except that I, our law firm, and our attorneys (i) may have appeared in the past, and ay appear in the future, in other cases in which one or more of said parties may be involved, and (ii) may represent or may have represented certain of the Debtor's creditors in matters unrelated to this case.

17. This concludes my Declaration.

### 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/18

_____
Kristopher E. Aungst, Esq.